Case 2:19-mj-00440-LRL Document 1 Filed 08/01/19 Page 1 of 2 PageID# 1



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

DAMION M. HEDINGTON

Case No. 2:19mj440
Court Date: September 12, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 7254402

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 27, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DAMION M. HEDINGTON, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

### COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 27, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, DAMION M. HEDINGTON, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

31 July 2019
Date